IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PHILLIP JEAN BAPTISTE,

    Petitioner,

vs.

CIVIL ACTION NO.: CV210-091

WARDEN, FPC - JESUP,

    Respondent.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Baptiste again asserts that Apprendi v. New Jersey, 530 U.S. 466 (2000) is retroactively applicable to his § 2241 petition. For a new rule to be retroactive to cases on collateral review, the Supreme Court must expressly declare the rule retroactive. Tyler v. Cain, 533 U.S. 656, 662-63 (2001). The Supreme Court has not expressly declared Apprendi to be retroactive to cases on collateral review. See generally Apprendi, 530 U.S. at 468-497. Moreover, the Eleventh Circuit has explicitly held that Apprendi does not apply retroactively to claims raised in either a § 2255 motion or a § 2241 motion. McCoy v. United States, 266 F.3d 1245, 1258 (11th Cir. 2001); Dohrmann v. United States, 442 F.3d 1279, 1282 (11th Cir. 2006).

Baptiste's Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Baptiste's Petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this ___ day of _December_, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA